| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

CR. No.: **C-11-010**

CORPUS CHRISTI Division

File:

Magistrate No.: C-10-1339-M

INDICTMENT   Filed: January 12, 2011

Judge: **JUDGE JOHN D. RAINEY**

County: Brooks
LIONS #: 2010R25441

Attorneys:

United States of America

JOSE ANGEL MORENO, U.S. ATTORNEY
LANCE DUKE, ASST. U.S. ATTORNEY

v.

GRAND JURY ACTION        APP'D  RET'D

RUTH GONZALEZ

PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

Charge(s):  Ct. 1: Did knowingly and intentionally possess with intent to distribute approximately 18.47 kilograms of marihuana: 21 USC 841(a)(1) and 841(b)(1)(D).

Total Counts (1)

Penalty:  Ct. 1: Not more than 5 years imprisonment, or a fine not to exceed $250,000, or both; at least 2 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail:  XXX

On Bond:

No Arrest: