| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| versus § | **CRIMINAL NO. 2:11cr10-01** |
| § | |
| **RUTH GONZALEZ** § | |

## ORDER FOR PRESENTENCE INVESTIGATION AND DISCLOSURE & SENTENCING DATES

**The defendant has been found guilty on count(s) ___1___ . A presentence report shall be prepared.**

1. The initial presentence report shall be disclosed to counsel by **April 7, 2011** .

2. Counsel shall file objections in writing to the facts of the offense and application of the sentencing guidelines *or* a statement that there is no objection by **April 21, 2011** .

3. The probation officer shall submit to the judge the final presentence report with an addendum addressing contested issues by **May 5, 2011** .

4. Sentencing is set for **May 17 , 2011** at **11:30 a.m.** .

5. In order for counsel to attend interviews with the defendant, counsel must advise the United States Probation Officer immediately. Oral requests must be confirmed by written notice to the U.S. Probation Office within 5 days.

6. A defendant who is allowed to remain on bond must take a copy of this order immediately to:

    UNITED STATES PROBATION OFFICE
    1133 NORTH SHORELINE BLVD., ROOM 124
    CORPUS CHRISTI, TEXAS 78401

If the Defendant receives this order after 5:00 p.m., he/she must report to the U.S. Probation Office no later than 10:00 a.m. on the next workday. If unable to keep this appointment, contact U.S. Probation Office at 361-888-3145.

February 22, 2011
Date

John D. Rainey
Senior United States District Judge